**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 16-7212**
_____

MICHAEL J. FEROLA,

                  Plaintiff - Appellant,

        v.

OFFICER FULTON,

                  Defendant - Appellee,

        and

WILLIAM R. BYARS, JR.; GREGORY KNOWLIN; KENNETH SHARP;
WILLIE EAGLETON; MARIA LEGGINS; JERRY ADGER; MRS
BRACKENBERRY; ANN HALLMAN; CAPTAIN ROGERS; LT POWELL; LT
BRAYBOY; LT WHEELER; CPL MILLER; CPL CONYERS; MICHAEL
BOWERS; MAJOR WEST; ASSOCIATE WARDEN SELLERS; ASSOCIATE
WARDEN MCFADDEN; MS GRAVES, IGC, Evans,

                  Defendants.

_____

Appeal from the United States District Court for the District of
South Carolina, at Beaufort.  R. Bryan Harwell, District Judge.
(9:13-cv-02413-RBH)

_____

Submitted:  January 31, 2017        Decided:  February 3, 2017

_____

Before WILKINSON, KEENAN, and THACKER, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Michael J. Ferola, Appellant Pro Se.    Lisa Arlene Thomas, THOMPSON & HENRY, PA, Conway, South Carolina, for Appellee.

---

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Michael J. Ferola filed a 42 U.S.C. § 1983 (2012) action asserting claims of denial of access to the courts and failure to protect. The district court accepted in part the magistrate judge's recommendation and granted summary judgment to defendants on Ferola's access to the courts claims. The surviving failure to protect claim against Defendant Fulton proceeded to trial and the jury ruled in Fulton's favor. Ferola appeals the denial of relief on his claims. We have reviewed the record and find no reversible error. Accordingly, we affirm. Ferola v. Fulton, No. 9:13-cv-02413-RBH (D.S.C. Mar. 3, 2015 & Aug. 23, 2016). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED